# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### 500 PEARL ST, NEW YORK, NY 10007

**FRANTZ GERMAIN,**
   Plaintiff,

**V**


**CITY OF COCONUT CREEK**
**COCONUT CREEK POLICE DEPARTMENT**
**CHIEF ALBERT A. ARENAL**
**COMMISSIONERS JOSHUA RYDELL,**
**SANDRA L. WELCH, JACKIE M. RAILEY,**
**JOHN A. BRODIE, JEFFEREY R. WASSERMAN**
   Defendant(s),
_____/


## COMPLAINT

Plaintiffs, Frantz Germain, file this lawsuit against Defendants City of Coconut Creek,

Commissioners Joshua Rydell, Sandra L. Welch, Jackie M. Railey, John A. Brodie

Jeffrey R. Wasserman Coconut Creek Police Department, Chief Albert A. Arenal seeking

**$5,000,000.00** summary judgment false arrest, false imprisonment, discrimination, excessive

force, trespassing, attempted murder by dirty cops Officer Patton and Officer Rowles, harassing,

domestic terrorism, entry into private property without the express or implied permission of the

owner, denied service as a coconut creek resident, violated Constitutional rights which is the

rights to protections and liberties guaranteed the people by the U.S. Constitution. Many of these

rights are outlined in the Bill of Rights; such as the right to protect my property the Fifth

Amendment, brought under 42 U.S.C. § 1983, as well as several claims. Shamaeizadeh v.

Cunigan, 182 F.3d 391 (6th Cir. 1999). In Heck, the Supreme Court held that to recover damages

for allegedly unconstitutional conviction or imprisonment, or for other harm caused by actions

whose unlawfulness would render a conviction or sentence invalid, a § 1983 plaintiff must prove that the conviction or sentence has been reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal authorized to make such a determination or called into question by a federal court's issuance of a writ of habeas corpus, 28 U.S.C. § 2254. A claim for damages bearing that relationship to a conviction or sentence that has not been so invalidated is not cognizable under § 1983. 42 U.S. Code Chapter 45 fair housing Title VII of the Civil Rights Act of 1964,42 U.S. Code § 1982 - Property rights of citizens, all citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and private property, Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated, or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be a statute of the District of Columbia.

## FACTUAL ALLEGATIONS

On December 21st I was arrested coconut by Creek Police Department officers on burglary charged inside my house as a homeowner located at 4140 NW 62nd Coconut Creek FL 33073.

The officers enter my home with heavy firearms pointed at me screaming, yelling at me to get on the floor, there was I repeatedly told them I am the homeowner this is a private property, officer Thomas, officer Calderon explained I have no right to be here this property belong to someone else, I tried to show them the property deed, but they were not interested in the truth Their interests were focused only on conviction. I was handcuffed, brutalized, arrested on burglary charged, my truck got towed from my private property and Officer Calderon signified the modesty of power of verbal abuse. To them I was just another criminal dumb nigga it is not but an essential component of my freedom. The officers did not listen proceed with excessive force fraudulently forced their way inside my property put me in the handcuff charged me with Burglary violated the Fourth amendment The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized and the 14th Amendment No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws. Distraught by this coerced caused me to suffer multiple mantel breakdowns and a violation of Civil rights acts, The Civil Rights Act of 1964. Instead of taking the time to verify that I am the homeowner, I was arrested based on the overzealous policing of the coconut creek aggressively interrogated, handcuffed me for the first time in my life, and forced me to be homeless since December 21st, 2022, the motive was pure racism, I endured all type of embarrassments verbal abused by Officer Calderon. Without hesitation officer Calderon told officer Rodriguez to charge me for burglary. The substantial burdens to evicted me as

homeowner was already scripted, my house located inside cocobay a gated community in Coconut Creek only single-family homes, there was not any reason for the officers to be at my property, I was the only person home and I lived alone for almost 6 years. No formal documents were presented why they came to my property and bullied me, made me feel shame and distress, the United States constitution protects private property through the Fifth and Fourteen Amendments for whatever reason Coconut Creek the Police Department having a challenging time understanding that. This case is about Coconut Police Department not respect my rights as a homeowner and violates the Fifth and 14th Amendment to the U.S. Constitution: Civil Rights Amendment as well as other federal and state laws. Chief Albert A. Arenal hates for minority has no limit; being a Blackman homeowner in the city of Coconut Creek it is a disgrace to them, both Commissioner Joshua Rydell and Chief Albert Arenal did their best runs the minority out for over 3 years I filed several complaints reporting property Fraud engagement activity committed by Eric Salpeter, Edward Misleh and Jonathan Alexander who are white males, they rejected my complaints each time stated that this is a civil matter which is not true according to Florida Statute 775.082 (a) Any person who engages in a scheme to defraud and obtains property thereby is guilty of organized fraud, punishable as follows: 1. If the amount of property obtained has an aggregate value of $50,000 or more, the violator is guilty of a felony of the first degree, punishable as provided in s. Florida Homestead Law. Florida homestead law protects a Florida resident's primary home from judgment creditors. Article X, Section 4 of the Florida Constitution and the Federal Law 18 U.S. Code § 1341 - Frauds and swindles Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange alter. Acts of Congress Held Unconstitutional in Whole or in Part by

the Supreme Court of the United States 1. Act of September 24, 1789 (1 Stat. 81, § 13, in part). Provision that "[the Supreme Court] shall have power to issue . . . writs of mandamus, in cases warranted by the principles and usages of law, to any . . . persons holding office, under authority of the United States" as applied to the issue of mandamus to the Secretary of State requiring him to deliver to plaintiff a commission (duly signed by the President) as justice of the peace in the District of Columbia held an attempt to enlarge the original jurisdiction of the Supreme Court, fixed by Article III, § 2. Marbury v. Madison, 5 U.S. (1 Cr.) 137 (1803).

# ERIC SALPETER, EDWARD MISLEH JONATHAN ALEXANDER CRIMINAL ACTIVITY

Wednesday February 23rd email from Misleh about my property,

Thursday March 3rd Elisor granted

Tuesday May 3rd email from Misleh about my property,

Tuesday May 3rd, he hired Jonathan Alexander to sale my property

Thursday May 5th email from Misleh about property,

Friday August 5st Certified of recording Foreign Judgement

Tuesday August 11th Foreign Judgement filed in Broward County Clerk pursuant Florida Statutes 55.505,

Tuesday August 15th accepted $510,000 offer

Two Judgement(s) one says Proposed Judgement and one he black marked the Proposed

Monday January 30th Elisor granted again

December 5th 2022 Eric Salpeter executed the eviction and released the Property to Jonathan

Alexander,

Tuesday December 20th Eric Salpeter Filed an affidavit stated that Jonathan was hired to sale my property in April 2022

Tuesday June 27th ex parte granted

Friday June 30th notification email From Barbara Misleh scheduled ex parte hearing on Monday July 3rd 2023.

The judgement was recorded on August 11th 2022 and on June 30th I received notification for ex parte hearing scheduled for July 3rd 2023; with all the evidence I was the one got arrested on burglary charge.

# EVICTION

See Landlord Tenant law in common usage, eviction is defined as the process used by landlords to recover possession of leased real property, this doesn't apply to me because I am the property owner, I have a mortgage with PennyMac. The corruption really deep within the Coconut Creek Leadership.

# HEALTH PROBLEM

I was diagnostic with post-traumatic stress disorder (PTSD) is a mental health condition that's triggered by a terrifying. event either experiencing it or witnessing it. Symptoms may include flashbacks, nightmares and severe anxiety, as well as uncontrollable thoughts about the event. I had been through few traumatic events in my life, have difficulty adjusting and coping, but with time and good self-care, they usually get better. If the symptoms get worse, last for months or even years, and interfere with your day-to-day functioning, you may have PTSD. Getting effective treatment after PTSD symptoms develop can be critical to reduce symptoms and improve function. I've been battling mantel health for years, the struggle led to two (2) suicidal

attempted July 2018 and May 2020. Treatment medications sertraline, paroxetine, fluoxetine and

venlafaxine, Zolpidem all of them control   is a federally controlled substance (C-IV) because it

can be abused or lead to dependence. Keep in a safe place to prevent misuse and abuse.

I did my best over the years to be off the heavy medications by seeking alternative mental health

treatment center located in 434 Lifestyle Ln Wildwood, GA and Eden Valley Institute of

Wellness located in 9325 World Mission Dr. Loveland CO. My health had improved

significantly. with activated charcoal poultices, hot and cold hydrotherapy, and plant-based

meals. Take hold of one of the most essential factors in my health, I really enjoy daily plant-

based meals that promote clear thinking and mental energy. Rule out biological causes for

depression. Move forward knowing there's no obstacles to healing. Although the programs

were expensive, I was able to afford it I had a successful small trucking business. Since the arrest

I did not access to run my business I was leaving inside my truck my health declining each day.

May 2009 I was diagnosis with arrhythmias and cardiac in the Heart (medications)

Amiodarone, Clopidogrel, Statins, Digoxin, Nitroglycerin Adult Primary Care Dr. Ana

Margarita Ferwerda, MD 9960 South Central Park Blvd, Suite 450, Boca Raton, Florida 33428

Phone (561) 642-1000 Results of the illegal arrest led to 2 heart attack prior to that situation.

.

## JURISDICTION AND VENUE

This Court has subject matter authority pursuant to 28 U.S.C. § 1331. pursuant to 28 U.S.C. §

1391 this Court has supplemental authority over the Florida State law claim pursuant to 28

U.S.C. § 1367. The instant action arises under the and the Faith and Fourteenth Amendments to

the United States Constitution. 42 USC Ch. 21: civil rights §1981. Equal rights under the law

statement of equal rights all persons within the jurisdiction of the United States shall have the

same right in every State and Territory to make and enforce contracts, to sue, be parties, give

evidence, and to the full and equal benefit of all laws and proceedings for the security of

persons and property as are enjoyed by white citizens, and shall be subject to like punishment,

pains, penalties, taxes, licenses, and exactions of every kind, and to no other. I moved in with

my sister here in New York because I was fraudulently evicted as a homeowner. This venue is

Proper, the evidences confirmed this case cannot proceed in the state of Florida because the state

government officials  involved.

## DEMAND FOR JURY TRIAL

28 USC App Fed R Civ P Rule 38: Jury Trial of Right

## FIRST CAUSE OF ACTION
## Federal Civil Rights Statutes
## Title 18, U.S.C., Section 249 -
## Matthew Shepard and James Byrd, Jr.,
## Hate Crimes Prevention Act

This statute makes it unlawful to willfully cause bodily injury or attempting to do so with fire,

firearm, or other dangerous weapon when 1) the crime was committed because of the actual or

perceived race, color, religion, national origin of any person, or 2) the crime was committed

because of the actual or perceived religion, national origin, gender, sexual orientation, gender

identity, or disability of any person and the crime affected interstate or foreign commerce or

occurred within federal special maritime and territorial jurisdiction. The law also provides

funding and technical assistance to state, local, and tribal jurisdictions to help them to investigate, prosecute, and prevent hate crimes more effectively. The law provides for a maximum 10–year prison term, unless death (or attempts to kill) results from the offense, or unless the offense includes kidnapping or attempted kidnapping, or aggravated sexual abuse or attempted aggravated sexual abuse. For offenses not resulting in death, there is a seven–year statute of limitations. Coconut police officers busted their way into my house with heavy firearms pointed at me; I was slammed through the floor. Officer Calderon made her presence felt by engage and delivered all type of unnecessary of verbal abused toward me.

## SECOND CAUSE OF ACTION
## Title 18, U.S.C., Section 241
## Conspiracy Against Rights

This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same). It further makes it unlawful for two or more persons to go in disguise on the highway or on the premises of another with the intent to prevent or hinder his/her free exercise or enjoyment of any rights so secured. Punishment varies from a fine or imprisonment of up to ten years, or both; and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title or imprisoned for any term of years, or for life, or may be sentenced to death. I repeat and realleges the above paragraphs as if the same were fully set forth at length herein. 42 U.S.C. § 1983 prohibits any person acting under

color of state law, custom, or usage to deprive a citizen of rights secured by the Constitution.

## THIRD CAUSE OF ACTION
## Title 18, U.S.C., Section 242
## Deprivation of Rights Under Color of Law

This statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the United States further prohibits a person acting under color of law, statute, ordinance, regulation or custom to willfully subject or cause to be subjected any person to different punishments, pains, or penalties, then those prescribed for punishment of citizens on account of such person being an alien or by reason of his/her color or race. Acts under "color of any law" include acts not only done by federal, state, or local officials within the bounds or limits of their lawful authority, but also acts done without and beyond the bounds of their lawful authority; provided that, in order for unlawful acts of any official to be done under "color of any law," the unlawful acts must be done while such official is purporting or pretending to act in the performance of his/her official duties. This definition includes, in addition to law enforcement officials, individuals such as Mayors, Council persons, Judges, Nursing Home Proprietors, Security Guards, etc., persons who are bound by laws, statutes ordinances, or customs. Punishment varies from a fine or imprisonment of up to one year, or both, and if bodily injury results or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire shall be fined or imprisoned up to ten years or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or

may be sentenced to death.

## FOURTH CAUSE OF ACTION
### Declaratory Judgment
### (Fed. R. Civ. P. 57 and 28 U.S.C. §§ 2201-02)

The defendant's conduct was intentional pure on racism and made with reckless indifference to unlawful and unconstitutional practice that infringes upon Plaintiff's and Class members' rights to freely exercise their religion without the interference of burdensome government Conduct.

Plaintiff repeats and realleges the above paragraphs as if the same were fully set forth at length herein. Article I, Section 3 of the Constitution provides that: "The free exercise and enjoyment of private property, without discrimination or preference, shall forever be allowed in this state to all humankind. The defendant unleashed a non-stop Fraudulent campaigned against me includes false arrest, police brutality, dishonesty, false Felony charge, Property damage. As a direct result of Defendant's unlawful discriminatory conduct, I have sustained damages, and have suffered and continue to suffer mental anguish, physical and emotional distress, humiliation, and embarrassment. I was already struggling with mental health The very same time I got the news my daughter and only child passed on Facebook Coconut creek leadership decided to take full advantage of me in a collaborative effort with criminal activist such as Eric Salpeter, Jonathan Alexander, and Edward Misleh

**WHEREFORE**, respectfully requests this Court to enter judgement against the Defendant, as follows: Compensatory damages, Business assets, Property Foreclosure, False Imprisonment, Police Brutality, attempted Murder, Medical care, Self-funded Foundation and punitive damages

in the amount of **$5,000,000.00** or such greater amount as is determined by the jury because the

defendant action was attentional. I want to Press charges against Edward Misleh, Eric Salpeter

and Jonathan Alexander.


# EXHIBIT


**A**-Property Deed, Florida homestead and PennyMac mortgage

**B**-Federal Court and Circuit Civil Court Case Complaint and Summons

**C**-Fraudulent Foreign Judgement and Criminal Activities of Edward Misleh

**D**-False arrested, felony charge burglary, Criminal mischief

**E**-Formal complaint to the state attorney's office, the feds and state Bar

**F**-PennyMac Foreclosure filed March 21st, 2023, Case No.23-006018


    **I understand that I am swearing or affirming under oath the truthfulness of the claims made in this Petition and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**


The foregoing instrument was acknowledged by means of physical presence or online.

notarization, and sworn before me on this 26th day of July 2023, by FRANTZ GERMAIN.


Frantz Germain


NOTARY PUBLIC SIGNATURE

My Commission Expires: 3/19/2025


**CERTIFICATE OF SERVICE**

ANGELA MICHELLE SMITH
STATE
OF
TENNESSEE
NOTARY
PUBLIC
BRADLEY COUNTY

**I HEREBY CERTIFY** true and correct copy of the foregoing has been furnished via mail City of Coconut Creek/Coconut Creek Police Department 4800 W. Copans Road Coconut Creek, FL 33063 Chief Albert A. Arenal barenal@coconutcreek.net, Mayor Joshua Rydell jrydell@coconutcreek.net,Vice Mayor Sandra L Welch  swelch@coconutcreek.net Sandra L. WelchCommissioner Jackie M. Railey jrailey@coconutcreek.net Commissioner John A. Brodie jbrodie@coconutcreek.net Commissioner Jeffrey R. Wasserman jwasserman@coconutcreek.net

4800 WEST COPANS ROAD

COCONUT CREEK, FL 33063

Mayor Joshua Rydell

Vice Mayor Sandra L. Welch,

Commissioner Jackie M. Railey

Commissioner John A. Brodie

Commissioner Jeffrey R. Wasserman

Chief Albert A. Arenal

Respectfully submitted
Frantz Germain
7 Brick Row
954-803-6816
Wappingers Fall, NY 12590
mail: frantz701@yahoo.com

## FIFTH AMENDMENT RIGHTS OF PERSONS

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or

in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

# FOURTEENTH AMENDMENT EQUAL PROTECTION RIGHTS

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

Instr# 114801408 , Page 1 of 2, Recorded 12/28/2017 at 09:16 AM
Broward County Commission
Deed Doc Stamps: $2142.00

# EXHIBIT A

Prepared by:
Gregory S. Gefen, PA
1801 North Military Trail #203
Boca Raton, FL 33431
File Number: G17-1747
Return to:
Tropics Title Services, Inc.
13701 SW 88th Street #302
Miami, FL 33186

_____[Space Above This Line For Recording Data]_____

# Warranty Deed

**This Warranty Deed** made this 21st day of December, 2017 between Frederick A. Pfeffer and Sharon A. Pfeffer, husband and wife, whose post office address is 3402 Bimini Lane #A-3, Coconut Creek, FL 33066, grantor, and **Rita Germain and Frantz Germain**, wife and husband, whose post office address is 4140 NW 62nd Court, Coconut Creek, FL 33073, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Broward County, Florida to-wit:

A portion of Parcel "A", "Cocobay", according to the plat thereof, as recorded in Plat Book 160, Page 6 of the Public Records of Broward County, Florida, being more particularly described as follows:

Commence at the South Quarter (1/4) corner of Section 5, Township 48 South, Range 42 East, as shown on the said plat of "Cocobay", the West Line of the Southeast 1/4 of said Section 5, having a bearing of North 01 degree, 05 minutes 24 seconds West; thence North 12 degrees, 36 minutes 14 seconds West for 693.66 feet to the Point of Beginning of the hereinafter described Parcel; thence South 77 degrees 39 minutes 46 seconds West, along the South boundary line of said Parcel "A", for 50.10 feet, thence North 12 degrees 20 minutes 14 seconds West, for 115.00 feet; thence North 77 degrees 39 minutes 46 seconds East, for 50.10 feet; thence South 12 degrees 20 minutes 14 seconds East for 115.00 feet to the Point of Beginning.

Also known as Lot 63, "Cocobay", an Unrecorded Plat in the City of Coconut Creek, Broward County, Florida.

(Bearings are based upon the West Line of the Southeast 1/4 of Section 5, Township 48 South, Range 42 East, as shown on the Plat of "Cocobay", as recorded in Plat Book 160, Page 6 of the Public Records of Broward County, Florida, having a bearing of North 01 degree 05 minutes 24 seconds West.)

Parcel Identification Number: 4842 05 22 0630

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2017.

CONTINUED ON NEXT PAGE

DoubleTime®

2/24/22, 1:22 PM

4140 NW 62 COURT



## MARTY KIAR
## BR🌐WARD
PROPERTY APPRAISER

| Site Address | 4140 NW 62 COURT, COCONUT CREEK FL 33073-2047 | ID # | 4842 05 22 0630 |
|---|---|---|---|
| Property Owner | GERMAIN, FRANTZ & RITA | Millage | 3212 |
| Mailing Address | 4140 NW 62 CT COCONUT CREEK FL 33073 | Use | 01 |
| Abbr Legal Description | COCOBAY 160-6 B THAT PART OF PARCEL A DESC'D AS, COMM AT S 1/4 COR OF SEC 5-48-42 NWLY 693.66 TO POB,SWLY ALG S/L 50.10,NWLY 115.00,NELY 50.10, SELY 115 TO POB AKA: LOT 63 COCOBAY | | |

**The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).**

### Property Assessment Values

| Year | Land | Building / Improvement | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2019 | $46,100 | $267,940 | $314,040 | $291,820 | |
| 2018 | $46,100 | $241,540 | $287,640 | $286,380 | $5,427.64 |
| 2017 | $40,330 | $230,140 | $270,470 | $164,320 | $2,936.85 |

### 2019 Exemptions and Taxable Values by Taxing Authority

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $314,040 | $314,040 | $314,040 | $314,040 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH  18 | $291,820 | $291,820 | $291,820 | $291,820 |
| Homestead  100% | $25,000 | $25,000 | $25,000 | $25,000 |
| Add. Homestead | $25,000 | 0 | $25,000 | $25,000 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $241,820 | $266,820 | $241,820 | $241,820 |

### Sales History

| Date | Type | Price | Book/Page or CIN |
|---|---|---|---|
| 12/19/2017 | WD-Q | $306,000 | 114801408 |
| 3/5/1999 | WD | $138,100 | 29292 / 1526 |
| 1/22/1998 | WD* | $3,016,000 | 27591 / 976 |

\* Denotes Multi-Parcel Sale (See Deed)

### Land Calculations

| Price | Factor | Type |
|---|---|---|
| $8.00 | 5,762 | SF |

| | |
|---|---|
| Adj. Bldg. S.F. (Card, Sketch) | 2000 |
| Units/Beds/Baths | 1/3/2 |
| Eff./Act. Year Built: 2000/1999 | |

### Special Assessments

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|---|---|---|---|---|---|---|---|---|
| 32 | Z | | CM | | | | | |
| R | 1 | | CM | | | | | |
| 1 | | | .13 | | | | | |

## PROPERTY OWNER BILL OF RIGHTS

### Section 70.002, Florida Statutes

This Bill of Rights does not represent all of your rights under Florida law regarding your property and should not be viewed as a comprehensive guide to property rights. This document does not create a civil cause of action and neither expands nor limits any rights or remedies provided under any other law. This document does not replace the need to seek legal advice in matters relating to property law. Laws relating to your rights are found in the State Constitution, Florida Statutes, local ordinances, and court decisions. Your rights and protection include:

1. The right to acquire, possess, and protect your property.

2. The right to use and enjoy your property.

3. The right to exclude others from your property.

4. The right to dispose of your property.

5. The right to due process

6. The right to just compensation for property taken for a public purpose.

7. The right to relief, or payment of compensation, when a new law, rule, regulation, or ordinance of the state or a political entity unfairly affects your property.

Effective July 1, 2019

 **PENNYMAC™**

**Contact Us:**

P.O. BOX 514387
LOS ANGELES, CA 90051-4387

| | |
|---|---|
| Web: | www.PennyMac.com |
| Insurance: | (866) 318-0208 |
| Insurance Claims: | (866) 314-0498 |
| Customer Service: | (800) 777-4001 |

# Mortgage Activity Statement

Statement Date: 06/05/2023

| | |
|---|---|
| Loan Number: | 8016978299 |
| Payment Date: | 07/01/2023 |
| Payment Amount: | $49,656.16 |

*If the payment is received after 07/17/23, a late fee of $48.57 will be charged. If the Amount Due changes based on the terms of your mortgage, the late fee amount may also change.*

| **Explanation of Payment Amount** | |
|---|---|
| Principal: | $482.83 |
| Interest: | $731.50 |
| Escrow (Taxes and Insurance): | $1,171.47 |
| **Regular Monthly Payment:** | **$2,385.80** |
| Fees and Charges (total outstanding): | $4,797.61 |
| *Charges since last statement* | $48.57 |
| *Credits since last statement* | $0.00 |
| Past Unpaid Amount: | $42,472.75 |
| **Total Payment Amount:** | **$49,656.16** |

▲ 000301        376

RITA GERMAIN
FRANTZ GERMAIN
4140 NW 62ND CT
COCONUT CREEK, FL 33073-2047

| **Account Information** | |
|---|---|
| Property Address: | |
| 4140 NW 62ND CT | |
| COCONUT CREEK, FL 33073 | |
| Unpaid Principal Balance: | $279,023.16 |
| Escrow Balance: | ($15,186.20) |
| Suspense Balance: | $0.00 |
| Interest Rate: | 3.250% |
| Prepayment Penalty: | No |

**Bankruptcy Message**

**Our records show that you are either a debtor in bankruptcy or your personal liability for your mortgage loan has been discharged in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, let us know in writing:
P.O. Box 514387 Los Angeles, CA 90051-4387

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

See the following pages for Important Consumer Information.

**Please see reverse for more information.** ➡

**Past Payments Breakdown**

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal: | $0.00 | $0.00 |
| Interest: | $0.00 | $0.00 |
| Escrow (Taxes & Insurance): | $0.00 | $0.00 |
| Fees: | $0.00 | $0.00 |
| Partial Payment (Unapplied)*: | $0.00 | $0.00 |
| Total: | $0.00 | $0.00 |

**Important Messages**

**\*Partial Payments:** Any amount received less than a full payment will be applied to a suspense account for your mortgage. When enough is received to equal a full payment, a full payment will be applied to your mortgage.

711 Billing Statement Standard 376

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PAYMENT COUPON – Detach and Return With Your Payment Made Payable to: PENNYMAC LOAN SERVICES, LLC**

**PENNYMAC™**

Payment Date: 07/01/2023

Loan Number: 8016978299

PENNYMAC LOAN SERVICES, LLC
PO BOX 660929
DALLAS, TX 75266-0929

| | |
|---|---|
| Payment Amount | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Other | $ |
| Total Amount Enclosed | $ |

*Please write the loan number on the front of your check*

RITA GERMAIN
FRANTZ GERMAIN
4140 NW 62ND CT
COCONUT CREEK, FL 33073-2047

01008016978299100238580300042472753

## Transaction Activity May 17, 2023 – June 5, 2023

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Fees | Suspense |
|------|-------------|-------------------|-----------|----------|--------|------|----------|
| 05/22/2023 | Late Charges | $48.57 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 05/26/2023 | Mortgage Insurance Disbursement | ($186.30) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## **Account History**

Recent Account History

- Payment due 01/01/2023: Unpaid Balance of $2,221.42
- Payment due 02/01/2023: Unpaid Balance of $2,221.42
- Payment due 03/01/2023: Unpaid Balance of $2,385.81
- Payment due 04/01/2023: Unpaid Balance of $2,385.81
- Payment due 05/01/2023: Unpaid Balance of $2,385.80
- Payment due 06/01/2023: Unpaid Balance of $2,385.80

*Total: $49,656.16 unpaid amount that, if paid, would bring your loan current.*

*Esta comunicación contiene información importante sobre su préstamo. Si tiene preguntas o necesita ayuda con la traducción, llame al (800) 777-4001.*

To find free or low-cost HUD certified housing counseling agencies in your area, please call 1.800.569.4287 or visit the HUD website at www.hud.gov.

## Important Information About Mailed Payments

- **Payments with a coupon are processed the same day as receipt when received prior to 8:00 AM PT. Overnight payments with a coupon are processed the same day as receipt when received prior to 10:30 AM PT. Payments not processed the same day are effective dated to the date of receipt.**
- **Please make checks payable to PennyMac Loan Services, LLC. Postdated checks are processed the same date as receipt.**
- **Please do not send cash. Payment instructions are limited to the information provided by PennyMac on the payment coupon only.**
- **Please sign and write your account number on your check or money order.**

## Periodic & Partial Payment Policy

If you send us your payment with additional funds and don't specify how you want that money applied, we will first post payment(s) to bring your loan current. Any remaining money will then be applied based on a payment hierarchy towards outstanding escrow shortages and fees before any funds are posted as a principal reduction. Funds may be applied based on the perceived customer intent. For example, if the received amount is equal to the periodic payment due plus an exact match to outstanding late charges due on the loan, PennyMac may apply the excess funds to late charge due amounts rather than applying excess funds to an escrow shortage. If the money you sent wasn't enough for a payment, it will be applied to your loan as unapplied funds. We may accept a payment that is less than your periodic payment by an amount up to $10.00. We will use a corporate advance, which will be billed to your account, to make the full periodic payment. Depending on the requirements of your loan documents, owner/insurer/guarantor of your loan or applicable law, and depending on the status of your account, partial payments that are outside the tolerances described above may be promptly returned to you, applied to your account, or held in a non-interest bearing account until additional funds sufficient to equal a periodic payment are received.

## Other Important Information

| How to Contact Us | 🖥 www.PennyMac.com<br>Available 24/7 on all your devices:<br>PC, Tablet, and Mobile.<br>*El sitio web está disponible en Español.*<br>**Go Paperless today!** | 📞 PennyMac Customer Service:<br>(800) 777-4001<br>M - F: 5:00 AM - 6:00 PM PT<br>Sat: 7:00 AM - 11:00 AM PT<br>**Fax:** (866) 577-7205<br>General Insurance: (866) 318-0208 | ✉ PennyMac Loan Services, LLC<br>Attn: Correspondence Unit<br>PO Box 950002<br>Fort Worth, TX 76155-9802<br>Notices of error or information requests<br>**must** be mailed to this address. |
|---|---|---|---|
| **How to Make a Payment** | **Auto-Pay \*:** Enroll in Auto-Pay, on our website, to set up recurring payments from the bank account of your choice.<br>**Pay Online or Pay-by-Phone:**<br>Make a one-time payment using your checking or savings account, or debit card at: www.PennyMac.com<br>**phone:** (800) 777-4001<br>(Fees may apply for services) | **Western Union:**<br>Code City: *PennyMac*<br>Pay To: *PennyMac Loan Services*<br>Code State: *CA*<br>ID Number: *Enter Loan Number* | **Check \*\*:** Mail to PennyMac:<br>**Standard Address:**<br>P.O. Box 660929<br>Dallas, TX 75266-0929<br>**Overnight Address:**<br>Attn: Lockbox Operations<br>20500 Belshaw Ave.<br>Carson, CA 90746 |
| **Tax and Insurance Information** | **Property Tax Bills:**<br>If you are escrowed for taxes and you receive a tax bill, you do not need to take any action. (**Please note:** Supplemental/ Additional tax bills are the responsibility of the homeowner; PennyMac will pay them from the escrow account upon request.)<br>**Claim Settlement Checks:** Call (866) 314-0498, when you receive an estimate of damages and/or a settlement check, to receive information for negotiation of the check. | **General Insurance Questions:** (866) 318-0208<br>**Insurance Information:** Anytime there is a change to your insurance policy please provide your insurance carrier the below:<br>**Mortgagee Clause:**<br>PennyMac Loan Services, LLC<br>Its Successors and/or Assigns<br>P.O. Box 6618<br>Springfield, OH 45501-6618 | |
| **Credit Reporting Information** | We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. | | |
| **Important Consumer Information** | This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose. However, if your account is subject to pending bankruptcy proceedings or if you have received a discharge in bankruptcy, this statement is for informational purposes only and is not an attempt to collect a debt against you personally. | | |

**Requests for prior payment adjustments:** To request funds for a prior payment be applied differently, you **must** notify PennyMac within 90 days of the original transaction. After 90 days, we will only change the application of funds if the transaction was applied contrary to your documented instructions. Review the Periodic & Partial Payment Policy for more information.

*\* If you are enrolled in a PennyMac Auto-Pay program, and received a payment change notification, the new payment amount will be drafted on your scheduled draft date. (The principal curtailment amount will not change.) If you pay via online bill payment, please update the payment amount with your financial institution to ensure timely processing of your payment.*

*\*\* When you pay with a check, you authorize PennyMac either to use information from your check to make a one-time electronic fund transfer (EFT) from your account, or to process the payment as a check transaction. When we use information from your check to make an EFT, funds may be withdrawn from your account on the same day PennyMac receives your payment. Please note that your financial institution will not send back your check. If funds are returned unpaid, a return service charge may be assessed to your loan whether processing your payment as a check or an EFT, as allowed by applicable law.*

In accordance with the Fair Debt Collection Practices Act, 15 U.S.C. section 1692 et seq., debt collectors are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to: (i) the use or threat of violence; (ii) the use of obscene or profane language; and (iii) repeated phone calls made with the intent to annoy, abuse, or harass.

Equal Housing Opportunity © 2008-2023 PennyMac Loan Services, LLC, 3043 Townsgate Rd, Suite 200, Westlake Village, CA 91361, 818-224-7442. NMLS ID # 35953 (www.nmlsconsumeraccess.org). Trade/service marks are the property of PennyMac Loan Services, LLC and/or its subsidiaries or affiliates. Arizona Mortgage Banker License # 0911088. Licensed by the Department of Financial Protection and Innovation under the California Residential Mortgage Lending Act. Colorado: Colorado office: 5500 South Quebec Street, Suite 260, Greenwood Village, Colorado 80111, (877) 215-2552. Massachusetts Mortgage Lender License # MC35953. Minnesota: This is not an offer to enter into an agreement and an offer may only be made pursuant to Minn. Stat. §47.206 (3) & (4). Licensed by the N.J. Department of Banking and Insurance. Licensed Mortgage Banker-NYS Department of Financial Services. Rhode Island Lender License # 20092600LL. For more information, please visit PENNYMAC.COM/state-licenses. Co-op loans not available. Some products may not be available in all states. Information, rates and pricing are subject to change without prior notice at the sole discretion of PennyMac Loan Services, LLC. All loan programs subject to borrowers meeting appropriate underwriting conditions. This is not a commitment to lend. Other restrictions apply. All rights reserved. (01-2023)

# EXHIBIT B

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

FRANTZ GERMAIN

)
)
)
)
<i>Plaintiff(s)</i>
)
v.
)   Civil Action No. 0:22-CV-60601-RS
STATE OF CALIFORNIA
)
)
)
)
<i>Defendant(s)</i>
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* STATE OF CALIFORNIA
1500 11TH STREET 6TH FLOOR
SACRAMENTO, CA 95814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

FRANTZ GERMAIN

4140 NW 62ND CT
COCONUT CREEK, FL 33073

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____ Mar 30, 2022 _____



**SUMMONS**

s/ Esperanza Buchhorst

Deputy Clerk
U.S District Courts

Angela E. Noble
Clerk of Court

# VERIFIED RETURN OF SERVICE

Job # 2022001043

**Client Info:**

Pro Se - Frantz Germain
4140 NW 62nd CT
Coconut Creek, FL 33073

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** | UNITED STATES DISTRICT |
| FRANTZ GERMAIN | County of Southern District, Florida |
| -versus- | Court Case # 0:22-CV-60601-RS |
| **DEFENDANT:** | |
| EDWARD A MISLEH | |

**Service Info:**

Received by Denny Acosta: on April, 12th 2022 at 02:56 PM
Service: I Served EDWARD A. MISLEH
With: SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL, EXHIBITS
by leaving with Edwar A. Misleh, INDIVIDUALLY

At Other 6395 US HIGHWAY 1 ROCKLEDGE, FL 32955
Latitude: 28.235177, Longitude: -80.675622

On 4/20/2022 at 02:40 PM
Manner of Service: PERSONAL SERVICE
INDIVIDUAL SERVICE WAS PERFORMED BY DELIVERING TO THE WITHIN NAMED PERSON A TRUE COPY OF THIS PROCESS, WITH
THE DATE AND HOUR OF SERVICE ENDORSED BY ME. AT THE SAME TIME, I DELIVERED THE WITHIN NAMED PERSON A COPY OF
THE COMPLAINT, PETITION, OR OTHER INITIAL PLEADING OR PAPER.

**Served Description: (Approx)**

Age: 60, Sex: Male, Race: White-Caucasian, Height: 6' 0", Weight: 190, Hair: Gray Glasses: Yes

**Military Status:**

Military Status = No

I Denny Acosta acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was
served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and
that the facts stated in it are true.

Denny Acosta
Lic # 621

Pro Se - Frantz Germain
4140 NW 62nd CT
Coconut Creek, FL 33073

Job # 2022001043




1 of 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **FRANTZ GERMAIN**<br>**4140 NW 62nd Ct**<br>**Coconut Creek, FL 33073**<br>ATTORNEY FOR   **Self Represented** | **(954) 803-6818** | |

| DISTRICT COURT OF FLORIDA, COUNTY OF BROWARD<br>299 E. Broward Blvd<br>Fort Lauderdale, FL 33301 | |
|---|---|

| SHORT TITLE OF CASE:<br>GERMAIN, FRANTZ v. COUNTY OF PLACER | |
|---|---|

| DATE:           TIME:              DEP./DIV. | CASE NUMBER:<br>22-CV-60601-RS |
|---|---|
| **Proof of Service** | Ref. No. or File No: |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   Summons and Complaint; Exhibit-A; Exhibit-B; Exhibit-C; Exhibit-D; Exhibit-E; Exhibit-F; EXHIBIT-G; Exhibit-H; Exhibit-I; Exhibit-J; Exhibit-K

2. Party Served: **THE STATE OF CALIFORNIA**

3. Address: **1500 11th St # 6, 6 FLOOR Sacramento, CA 95814**

   On: 4/13/2022                          At: 03:36 PM

4. I served the Party named in item 2, by Personally Serving:
   By serving Silvia Houston
   Authorized to Accept

5. A declaration of diligence and/or mailing is attached, if applicable.

Person attempting service:

   a. Name: **THEODORE STRAM**; Registration No: 2021-21
   b. Address: **8801 Folsom Blvd 165, Sacramento, CA, CA 95826**
   c. Telephone number: 877-446-2051
   d. The fee for this service was: **151.25**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

THEODORE STRAM                                Date: 04/14/2022

INSTR # 118333267
Recorded 08/11/22 at 09:12 AM
Broward County Commission
19 Page(s)
#1

EDWARD MISLEH (SBN 273645)
THE LAW OFFICES OF EDWARD MISLEH APC
6395 U.S. HIGHWAY 1
ROCKLEDGE, FL 32955
Tel: (321) 951-9164
Fax: (916) 266-9403

Attorney for Petitioner:
RITA GERMAIN

**Filed - 03/28/2022**
Electronically filed by Superior Court of California
County of Placer on 03/28/2022
Jake Chatters, Clerk of the Court
By R. Pellel Deputy Clerk

Electronically Submitted on 03/03/2022 12:28 PM

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF PLACER

| | |
|---|---|
| RITA GERMAIN | ) Case No.: SDR-0058535 |
| | ) |
| Petitioner | ) **JUDGMENT [PROPOSED]** |
| | ) |
| vs. | ) Hearing Date: 11/29/2021 |
| | ) Hearing Time: 9:00 A.M. |
| FRANZ GERMAIN | ) Department: 1 |
| | ) |
| Respondent | ) |
| | ) |
| | ) |
| | ) |

The above-entitled matter came on for trail on November 29, 2021 in Department 1 of the above-entitled Court.

Petitioner, RITA GERMAIN, (hereinafter referred to as "Petitioner" "Rita" or collectively as "Parties") appeared personally via video and with her attorney of record Edward Misleh, Esquire.  Respondent, FRANTZ GERMAIN (hereinafter referred to as "Respondent" "Frantz" or collectively as "Parties") appeared personally via video as a self-represented litigant.

The court received evidence, both testimonial and documentary.

**ISSUES AT TRIAL**

1. Child custody;

2. Child support;

This is to certify that on __8/11/22__, notice of this recording was sent, certified mail, to the Debtor(s) at the addresses given in the affidavit recorded concurrently herewith.

County Administrator

By _____ Deputy

**JUDGMENT [PROPOSED]**

Page 1 of 11

## NOTICE OF RECORDING FOREIGN JUDGMENT
### Date Recorded: 08/11/2022
### Instrument #: 118333267

To:

FRANTZ GERMAIN
4140 NW 62ND COURT
COCONUT CREEK, FL 33073

Pursuant to Florida Statutes, Section 55.505, the County Administrator in and for the County of Broward, State of Florida, does hereby notify you of the recording of a Foreign Judgment in which you are named as a debtor.

An Affidavit, recorded concurrently therewith, provides the name and post office address of the judgment creditor(s). A copy of said Affidavit is attached hereto

If the creditor has a Florida attorney, the name and post office address of that attorney is
N/A

GIVEN UNDER MY HAND AND OFFICIAL SEAL.

COUNTY ADMINISTRATOR

By _____
Deputy

RECEIVED

AUG 17 2022

The Law Offices of
Edward Misich, APC
6395 US Highway 1
Rockledge, FL 32955

Filing # 163314306 E-Filed 12/19/2022 02:57:29 PM

BROWARD COUNTY SHERIFF'S OFFICE
2601 West Broward Blvd Fort Lauderdale, Florida 33312

Sheriff # 22045533

Rita Germain VS Frantz Germain, Et Al

**D**

RETURN OF SERVICE

Court Case # CACE22-14722

Hearing Date:
Received by CCN 15591
12/05/2022 11:36 AM

Type of Writ: Writ of Possession

Court: Circuit, Broward FL

Serve: **Frantz Germain    4140 NW 62 Court Coconut Creek FL 33073**

| | |
|---|---|
| **Served:** | X |
| **Not Served:** | |

Eric T Salpeter, Esq
3864 Sheridan Street
Hollywood FL 33021

**Date: 12/14/2022  Time: 9:25 AM**

On Frantz Germain in Broward County, Florida, by serving the within named person a true copy of the writ with the date and time of service endorsed thereon by me, and copy of the complaint petition or initial pleading by the following method:

**INDIVIDUAL SERVICE**

| Service Attempts: | | | |
|---|---|---|---|
| **Date** | **Time** | **Name** | **Address** |
| 12/05/2022 | 9:26 AM | Tuckish/15591 | 4140 NW 62 Court Coconut Creek FL 33073 |

**Notes:** Posted on front door. Red Ford Raptor and a White Mercedes in driveway.

**COMMENTS:** Eviction executed, property released to Johnathan Alexander.  Body worn camera on.

**You can now check the status of your writ by visting the Broward Sheriff's Office Website at www.sheriff.org and clicking on the icon "Service Inquiry"**

**Gregory Tony, Sheriff
Broward County, Florida**

By: _____   D.S.

K. Brown, #14657

| RECEIPT INFORMATION | | EXECUTION COSTS | | DEMAND/LEVY INFORMATION | |
|---|---|---|---|---|---|
| Receipt # | 38893 | Levy | $50.00 | Judgment Date | n/a |
| Check # | 1388 | Service | $40.00 | Judgment Amount | $0.00 |
| Service Fee | $40.00 | | | Current Interest Rate | 0.00% |
| On Account | $0.00 | | | Interest Amount | $0.00 |
| Quantity | | | | Liquidation Fee | $0.00 |
| Original | 1 | | | Sheriff's Fees | $90.00 |
| Services | 1 | | | Sheriff's Cost | $0.00 |
| | | | | Total Amount | $90.00 |

bs16709                ORIGINAL                bs14657 12/14/2022 09:36:41
*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 12/19/2022 02:57:28 PM.****

# GERMAIN, FRANTZ

Inmate Information

Click To Enlarge



**Arrest Number**

512200561

**Arrest Date**

12/21/2022

**Arresting Agency**

COCONUT CREEK

**Race**

B

**Sex**

M

**DOB**

03/23/1983

**Height**

509

**Weight**

180

**Hair**

BLK

**Eyes**

BRO

**Location**

Main Jail

**Visitation**

View Schedule (http://www.sheriff.org/DOD/Pages/Jail-Facilities/Main-Jail-Bureau.aspx)

**Expected Release Date**

Charge

**Charge Number**

1

**Case Number**

**Statute**

810.02-3(b)

**Description**

BURGLARY UNOCCUPIED DWELLING UNARMED

**Charge Comments**

**Charge Status**

PENDING TRIAL

**Bond Type**

HG

**Bond Amount**

$0.00

**Disposition**

**Projected Sent End Date**

For information about BSO's jail facilities including addresses and phone numbers, click here (http://www.sheriff.org/DOD/Pages/Jail-Facilities.aspx).

Click here (http://www.sheriff.org/DOD/Pages/Inmate-Visitor-Info.aspx) for general information about charges, bond, the arrest process and visiting and phoning incarcerated inmates in any Broward Sheriff's Office jail.

For information on specific court cases, please consult the Broward County Clerk of the Courts web site by clicking here (http://www.browardclerk.org).

**Disclaimer:** Information posted on this web site is provided for informational purposes only. It is subject to change and may be updated periodically. While every effort is made to ensure that the posted information is accurate, it may contain factual or other errors. Inmate information changes quickly, and the posted information may not reflect the current information. An arrest does not mean that the inmate has been convicted of the crime. Links to other sites are provided as a convenience to the user and no representation, warranty or endorsement of those sites is made by inclusion or exclusion of other web sites. The information on this web site should not be relied upon for any type of legal action. Unauthorized or illegal use of this information is strictly prohibited.

# E

# CRIMINAL COMPLAINT

This affidavit is submitted in support of a Criminal Complaint for EDWARD MISLEH

Criminal violations of 18 U.S.C. § 113(a)(4) and 40 U.S.C. § 5104(e)(2)(F). Rule 4.

Summons 28 U.S. Code § 1915 28 U.S. Code § 1916, 18 U.S. Code Chapter 113, 18 U.S.

Code Chapter 47 - FRAUD AND FALSE STATEMENTS, 18 U.S. Code § 1002, 31 U.S.

Code § 3729 - False claims, Section 1344 of Title 18.Mr. MISLEH commits 29 counts of

criminal activity. Retaliating Against Federal rules of summon Federal R28 U.S. Code §

1915Rules of Civil Procedure Child kidnapping Bribery Harassment Private Property frauds

Unauthorize solicitation Forgery of signature Unauthorize property listing agent Intimidating

emails Filed unauthorize judgement Death Threats Misleading the court officials Destruction of

private Property False Claims False Declarations before federal court ruling Federal Civil Rights

Violations (called me a nigger) Fraud Activity in Connection to receive money for child support

Parental interference Mailing Threatening Communications Public Corruption Receiving

($500k) offer to sale my property Deception relating to minority Code § 3729 - False claims,

Section 1344 of Title 18. Mr. MISLEH action classified as domestic terrorism that I cannot

ignore this threat, the text message received from Jonathan confirmed the attention of Mr.

MISLEH and I don't feel safe since the time I'd received the text message. Preventing domestic

terrorism and reducing the factors that fuel it demand a multifaceted response across the Federal

Government and beyond. That includes working with our critical partners in state, local leaders,

tribal, and territorial governments and in civil society, the private sector, academia, churches and

local communities. If the State Bar of California was doing its job Mr. MISLEH domestic

terrorism wouldn't get this far. I demand this court to send this criminal complaint to the

Department (DOJ) and Federal Bureau of Investigation (FBI) for Mr. MISLEH immediate arrest.

Criminal violations of 18 U.S.C. § 113(a)(4) and 40 U.S.C. § 5104(e)(2)(F). Rule 4. Summons

28 U.S. Code § 1915 28 U.S. Code § 1916, 18 U.S. Code Chapter 113, 18 U.S. Code Chapter 47 - Rules of Civil Procedures, 18 U.S. Code § 1002, 31 U.S. Retaliating Against Federal rules 4 of summon, Bribery Harassment Private Property frauds Unauthorize solicitation Forgery of signature Unauthorize property listing agent Intimidating emails Filed unauthorize judgement Death Threats Misleading the court officials Destruction of private Property False Claims False Declarations before federal court ruling Federal Civil Rights Violations (called me a nigger) Fraud Activity in Connection to receive money for child support Parental interference Mailing Threatening Communications Public Corruptions Receiving ($500k) offer to sale my property Deception relating to minority child endangerment Advised Rita to lied under Oath Trespassing to Private Property State of Florida Constitution Violations United States Constitution Violations Disturbance of my Peace. According to the law Rules 4.1 28 U.S. Code § 1915 all proceedings related to case No. S-DR-0058535 must comply with the federal law rules of summon. As of The United State

Once again, the collaboration of Mr. Misleh and County of Placer superior Court continue working together reached the highest level of corruption, somehow fraudulently Mr. Misleh was able to secured a judgement from the county of placer superior court and the judgement give him the authority to file a judgement against me seeking the exclusive Right of Sale agreement in Broward county where I live. in the bottom of the page, it says (**the clerk of court or designee as elision on behalf of seller Frantz Germain).** Started with PAULSEN stated that I took advantage of my own property for doing a loan modification on my house, Wednesday **February 23rd** email from **MISLEH** about my property, Tuesday **May 3rd** email from MISLEH about my property, Thursday **May 5th** email from MISLEH about property, Thursday **May 19th** motion FL-410 to CITEE for disobey PAULSEN not giving them my property, Affiliated Realtor **ALEXANDER RACIST TEXT FOR MY PROPERTY**, Thursday **July 7th** NOTICE

Of DEFAULT, Monday **July 18th** Form FL-344 in COUNTY OF PLACER SUPERIOR COURT for possession of my property, Monday **August 1st** email from MISLEH about my property, Thursday **August 11th** emergency motion filed to exercise ex parte to get position of my property, Tuesday **August 11th** Foreign Judgement filed in Broward County Clerk of Court Pursuant to **FLORIDA STATUTES SECTION 55.505**, Monday **August 15th** text message from **EDWARD'S WIFE BARBARA MISLEH** about my property, MON Tuesday **August 30TH** Petition form FL-335 filed for Restraining order to exiled from my property, Friday **September 30TH** ARREST WARRANT ISSUED for not vacant my property; Monday **October 3rd** lawsuit filed in BROWARD COUNTY COURT OF CLERK to retains the rights of my Property, this is **NOT** allegation these are facts certified documents. County of Placer fraudulently granted a judgment against me in California followed by a foreign judgment to the state of Florida just to have position of my property. **FROM 1ST TO PRESENT MISLEH RECORDED 9 FAKE JUDGMENT.**

Frantz Germain

4140 NW 62nd Court

Coconut Creek, FL 33073

Tel: (954) 803-6816

Tel: (904) 551-4059

Fax: (202) 772-9347

E-mail: frantz701@yahoo.com

Date: 08/20/2022

ig # 169133374 E-Filed 03/20/2023 03:26:05 PM

IN THE CIRCUIT COURT FOR THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

PENNYMAC LOAN SERVICES, LLC

        Plaintiff(s),        **F**        CASE NO.:

vs.

RITA GERMAIN; FRANZ GERMAIN A/K/A FRANTZ
GERMAIN; THE UNKNOWN SPOUSE OF FRANZ
GERMAIN A/K/A FRANTZ GERMAIN;
THE UNKNOWN SPOUSE OF RITA GERMAIN; COCO
BAY HOMEOWNERS ASSOCIATION, INC.;
UNITED STATES OF AMERICA, SECRETARY OF
HOUSING AND URBAN DEVELOPMENT;
QUICK BRIDGE FUNDING, LLC; THE UNKNOWN
TENANT IN POSSESSION
        Defendant(s).

_____/

## VERIFIED COMPLAINT TO FORECLOSE MORTGAGE

COMES NOW the Plaintiff, PENNYMAC LOAN SERVICES, LLC, by and through the

undersigned legal counsel, and sues Defendants, RITA GERMAIN; FRANZ GERMAIN A/K/A

FRANTZ GERMAIN; THE UNKNOWN SPOUSE OF FRANZ GERMAIN A/K/A FRANTZ

GERMAIN; THE UNKNOWN SPOUSE OF RITA GERMAIN; COCO BAY HOMEOWNERS

ASSOCIATION, INC.; QUICK BRIDGE FUNDING, LLC; UNITED STATES OF AMERICA,

SECRETARY OF HOUSING AND URBAN DEVELOPMENT; THE UNKNOWN TENANT IN

POSSESSION, and as grounds therefore, states:

1.    This is an action to foreclose a mortgage on real property located in Broward County,

Florida. Plaintiff is holder of the note secured by the Mortgage. The Plaintiff is registered in the State of

Florida or is otherwise authorized to do business in the State of Florida.

2.    On or about December 21, 2017, RITA GERMAIN executed and delivered a note in the

original principal amount of $300,457.00 in favor of Parkside Lending, LLC. On or about December

FRANTZ GERMAIN
7 BRICK ROW
WAPPINGERS FALL, NY 12590

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL ST, NEW YORK, NY 10007

Case 0:23-cv-61576-RS Document 1 Entered on FLSD Docket 08/03/2023 Page 34 of 34

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail Express™ shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

PRESS FIRMLY TO SEAL

# UNITED STATES POSTAL SERVICE ®

## PRIORITY MAIL ®

JUL 31 2023

$9.65

RDC 01

10007

0 Lb 8.60 Oz

R2304E107138-21

FROM: Fonte Garmon
7 Brick Row
Wappingers Fall
NY 12590

TO:
United States District
Court southern district of
500 Pearls St
New York, NY 10007

RECEIVED
AUG - 3 2023
PRO SE OFFICE

RECEIVED
AUG 02 2023
CLERK'S OFFICE
S.D.N.Y.

expected delivery date specified for domestic use.

domestic shipments include $100 of insurance (restrictions apply).**

USPS Tracking® service included for domestic and many international destinations.

limited international insurance.**

when used internationally, a customs declaration form is required.

Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

EP14F July 2022
OD: 12 1/2 x 9 1/2

PS00001000014

USPS TRACKING® #

9505 5158 8822 3212 0047 54

how2recycle.info